IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QIANG DU | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File No. 1:17-cv-00698-LMB-MSN |
| | ) |
| | ) |
| BSH.COM, an internet domain name, and | ) |
| JOHN DOE | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ACCEPTANCE OF SERVICE AND NOTICE OF APPEARANCE

Please take notice that the undersigned enters her appearance in this matter as Counsel for Defendants, BSH.COM and Liu Xiaosheng. Defendants, BSH.COM and Liu Xiaosheng accept service of this Complaint in this matter as of July 24, 2017.

Respectfully submitted, this 2nd day of August, 2017.

Yeon Me Kim, Esq.
Virginia Bar No. 81446

Chugh LLP
1902 Campus Commons Dr, Ste 440
Reston, VA 20191
Tel: 703-870-0870
*Attorney for Defendant*