IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:17-cv-00698-LMB-MSN, Case Name Qiang Du v. BSH.COM and John Doe
Party Represented by Applicant: BSH.COM

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Chetana Radha Gandhi Kaasam
Bar Identification Number 4822342      State New York
Firm Name CHUGH LLP
Firm Phone # 7038770870      Direct Dial # 7038701961      FAX # 8883085983
E-Mail Address chetana.kaasam@chugh.com
Office Mailing Address 1902 Campus Commons Dr, Suite 440, Reston VA 20191

Name(s) of federal court(s) in which I have been admitted NONE

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Chetana RG_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)      8/22/2017
Yeon Me Kim      (Date)
(Typed or Printed Name)      81446
      (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓ or Exemption Granted _____
The motion for admission is GRANTED ✓ or DENIED _____

/s/ _____      August 24, 2017
Leonie M. Brinkema      (Date)
United States District Judge