IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QIANG DU, <br><br> Plaintiff, <br><br> v. <br><br> BSH.COM, an internet domain name, and JOHN DOE, <br><br> Defendants. | Civil Action No. 1:17-cv-698-LMB-MSN |

**PLAINTIFF'S RESPONSE TO BSH.COM
AND LIU XIAOSHENG'S MOTION TO DISMISS**

Plaintiff Qiang Du ("Plaintiff"), by counsel, hereby responds to the Motion to Dismiss filed by BSH.COM and Liu Xiaosheng ("Defendants") and states that the Defendants' Motion should be denied as moot. Concurrently with this response, Plaintiff filed a First Amended Verified Complaint. The First Amended Verified Complaint supersedes the original complaint against which Defendants moved, and the Motion to Dismiss is therefore moot. *See, e.g.*, *Nat'l Union Fire Ins. Co. of Pittsburgh, PA v. Brickyard Vessels, Inc.*, No. 1:14-cv-921, 2014 WL 12551214, at *1 (E.D. Va. Oct. 16, 2014) ("It is well settled that an amended pleading supersedes the original pleading, and motions directed at superseded pleadings are to be denied as moot. . . . Accordingly, the Court will deny Plaintiff's pending Motion to Dismiss the Counterclaim as moot.").

For the foregoing reasons, Plaintiff requests that this Court deny the Defendants' Motion to Dismiss as moot and grant such further relief as this Court deems proper.

14133013.1

Dated: August 24, 2017        By:        /s/ Attison L. Barnes, III /s/
                                         Attison L. Barnes, III (VA Bar No. 30458)
                                         David E. Weslow (*for pro hac admission*)
                                         WILEY REIN LLP
                                         1776 K St. NW
                                         Washington, DC 20006
                                         (202) 719-7000 (phone)
                                         (202) 719-7049 (fax)
                                         abarnes@wileyrein.com
                                         dweslow@wileyrein.com

                                         *Counsel for Plaintiff Qiang Du*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on August 24, 2017 via the Court's ECF system upon all counsel listed below:

Yeon Me Kim
CHUGH LLP
1902 Campus Commons Dr.
Ste. 440
Reston, VA 20191
(703) 870-0870 (phone)

*Counsel for BSH.COM and Liu Xiaosheng*

By:       /s/ Attison L. Barnes, III /s/
           Attison L. Barnes, III (VA Bar No. 30458)
           WILEY REIN LLP
           1776 K St. NW
           Washington, DC 20006
           (202) 719-7000 (phone)
           (202) 719-7049 (fax)
           abarnes@wileyrein.com

*Counsel for Plaintiff
Qiang Du*