IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| QIANG DU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-698 (LMB/MSN) |
| | ) | |
| BSH.COM, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of Plaintiff's Motion for Order Directing Defendant BSH.com to Plead Pursuant to 28 U.S.C. § 1655 and Plaintiff's Memorandum of Law in support thereof, the Motion [Dkt. No. 17] is GRANTED, and it is hereby

ORDERED:

1. That a copy of this Order be served upon Defendant BSH.com and Verisign, Inc., as the person or persons in possession of the BSH.com domain name; and

2. That Defendant BSH.com and/or the current registrant, Liu Xiaosheng, shall file a response to Plaintiff's First Amended Verified Complaint no later than September 7, 2017, which is fourteen (14) days from the date Plaintiff served a copy of the First Amended Verified Complaint upon Defendant's counsel; and

3. That the foregoing steps shall be deemed to constitute service upon an absent defendant, and notice of the pleading due date, pursuant to 28 U.S.C. § 1655.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30 day of August, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge