Navneet S. Chugh*+
Sherwood Tung*+
Kirti Kalra*+
Melissa Chan*+
Navdeep Meamber*+
Diya A. Mathews*†▫
Vandana P. Marath◊▫
Lihua Tan*†
Brinda Gandhi+
Jaymen Chavda△
Gladys Gervacio+
Yeon Me Kim~∞
Mohammad N. Khan+
Prema Roddam†
Krishnakala Busani¤

Jalpa Shah+
Earth Shah+
Shafiqa Kureshi+
Vijay Yellareddigari▫^∞
Kritika Bharadwaj†
Amit Patel△
Gurshaan Chattha+
Rubeena Sachdev+
Mishita Jethi†
Chetana Kaasam†
Sismi Raju Menachery†
Bhakti Shivarekar+†
Nishita Patel*+
Rohini S. Vora+
Joy Dungca†▫



**CHUGH, LLP**

**CERRITOS • SANTA CLARA • EDISON • ATLANTA • RESTON**
INDIA AFFILIATE OFFICES
**BANGALORE • CHENNAI • NEW DELHI**
**MUMBAI • CHANDIGARH • AHMEDABAD**

*Partners
+Admitted in California
△Admitted in Georgia
▫Practice limited to
Immigration Law
†Admitted to New York

~Admitted in Virginia
^Admitted in New Jersey
¤Admitted in Illinois
∞Admitted in Washington DC
▫Admitted in Pennsylvania
◊Admitted in Connecticut

To,                                                                                                              August 31, 2017
The Hon'ble US District Judge Leonie M. Brinkema,
US District Court for the Eastern District of Virginia
Alexandria Division

        Re: **Qiang Du v. BSH.COM et al (Case No: 1:17-cv-698 LMB/MSN)**
        Re: Order dated August 24, 2017 ordering the Defendant, BSH.COM to advise the Court regarding its Motion to Dismiss.

Your Honor,

      We represent Defendant, BSH.COM in the above styled matter. We are writing to you pursuant to your order to inform the Court that Defendant, BSH.COM, with this court's permission, is proceeding to file an amended motion to dismiss. Defendant, BSH.COM shall do the same before September 7, 2017 as ordered by the Honorable Court.

      This letter is filed electronically with the Clerk of the Eastern District of Virginia using the CM/ECF system and will be served to the following:

**Attison L. Barnes, III**
**David E. Weslow**
*Counsel for Plaintiff*
WILEY REIN LLP
1776 K St. NW
Washington, DC 20006
Tel: (202)-719-7000
Fax: (202)-719-7049

                                               Respectfully Submitted,

                                               /s/ Yeon Me Kim /s/
                                               _____
                                          Yeon Me Kim (VA Bar No: 81446)
                           Chetana Kaasam (for *pro hac vice* admission)
                                         *Counsel for the Defendant, BSH.COM*

**1902 CAMPUS COMMONS DR, SUITE # 440, RESTON, VA 20191 TELEPHONE: 703.877-0870 FACSIMILE: 888.308.5983 WWW.CHUGH.COM**