# 公 证 书

中华人民共和国广东省深圳市深圳公证处

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| QIANG DU | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:17-cv-00698-LMB-MSN |
| | ) |
| | ) |
| BSH.COM, an internet domain name, and | ) |
| JOHN DOE, | ) |
| | ) |
|       Defendant. | ) |

## AFFIDAVIT OF LIU XIAOSHENG IN SUPPORT OF BSH.COM'S AMENDED MOTION TO DISMISS

STATE OF _____   )

                       ) ss.:

COUNTY OF _____   )

Liu Xiaosheng, being duly sworn, deposes and says:

1. I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

2. I am a citizen and a resident of the People's Republic of China.

3. I am the current registrant and owner of BSH.COM, and I submit this Affidavit in support of BSH.COM's Amended Motion to Dismiss.

4. I purchased BSH.COM on or about May 1, 2017 on the website, ESCROW.COM from a seller named Domains Dos' (junn.dossantos@gmail.com) by paying a consideration of Thirty Thousand Two Hundred Ninety-Two Dollars (USD $30,292.00).

5. ESCROW.COM is a popular website where domain names are frequently bought and sold. I purchased certain other domain names in the past on this website and never faced any problems with those transactions.

6. I believe the current market value of the domain name is approximately USD $25,000.00 and I believe I paid a premium price for the purchase of BSH.COM.

7. I never suspected that BSH.COM could have been a stolen domain name. I believed I was acquiring good title to BSH.COM and paid a premium for it.

8. BSH.COM is not a trademark registered with the United States Patent and Trademark Office.

9. I never transacted any business pertaining to BSH.COM in the United States of America.

10. The domain name BSH.COM is not currently for sale.

_Liu Xiaosheng_
Liu Xiaosheng

Sworn to before me this __8__
day of __Sep__, 2017

_____
[NAME]
[Notary Public/[OTHER PERSON
AUTHORIZED TO TAKE OATHS]]

# 公 证 书

(2017)深证字第 135083 号

　　申请人: 刘晓生，男，一九八二年二月十一日出生，公民身份号码: 445122198202110010

　　公证事项: 签名

　　兹证明刘晓生于二○一七年九月八日来到我处，在本公证员的面前，在前面的英文文件上签名。

中华人民共和国广东省深圳市深圳公证处

公 证 员:  刘雯雯

二○一七年九月八日

IV02905432

(2017)SZZi,No.135083

Applicant: Liu Xiaosheng, male, born on February 11, 1982, ID Card No. 445122198202110010

Issue under notarization: Signature

This is to certify that Liu Xiaosheng came to our notary public office and signed the foregoing English document in the presence of me, the notary public, on September 08, 2017.

Shenzhen Notary Public Office

Shenzhen City, Guangdong Province

The People's Republic of China

Notary Public: LIUWENWEN

September 08, 2017

I V02905433