# CIVIL MOTION MINUTES

Date: 10/06/17                                         Judge: Brinkema
                                                       Reporter: A. Thomson

Time:  10:00am – 10:09am


Civil Action Number: 1:17cv698

   Qiang Du          vs.   BSH.con et al

Appearances of Counsel for       ( X ) Pltf        ( X ) Deft

Motion to/for:
#22 Deft Amended Motion to Dismiss


Argued &
(  ) Granted    (X) Denied (     ) Granted in part/Denied in part
(    )Taken Under Advisement (      ) Continued to




(  ) Memorandum Opinion to Follow

(X)   Order to follow