IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QIANG DU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-698 (LMB/MSN) |
| ) | |
| BSH.COM, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant BSH.com's Motion to Dismiss [Dkt. No. 22] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of October, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge