IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| QIANG DU,<br><br>    Plaintiff,<br><br>v.<br><br>BSH.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | No. 1:17-cv-00698-LMB-MSN |

### ORDER

This action comes before the Court on the Joint Motion by Plaintiff Qiang Du and Defendant bsh.com to amend the Judgment entered on January 8, 2018 (ECF No. 40). Having reviewed the Motion, and for good cause shown, it is hereby:

ORDERED that the Joint Motion to Amend Judgment shall be, and hereby is, GRANTED; and it is further

ORDERED that the Judgment entered on January 8, 2018 is hereby amended to reflect that Counts I, IV, V, and VI of Plaintiff's First Amended Verified Complaint are dismissed with prejudice; and it is further

ORDERED that except as expressly set forth in this Order, the Judgment entered on January 8, 2018 has not been amended or modified.

The Clerk is DIRECTED to amend the Judgment in accordance with this Order, pursuant to Fed. R. Civ. P. 59.

/s/
Leonie M. Brinkema
United States District Judge  1/18/18